Jaguar Slay
c/o 812 Larry Avenue
North Carolina, [near 27253]








RECEIVED
In This Office
JUN 27 2023
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.

United States District Court
324 West Market Street
Greensboro, North Carolina 27401

